879 A.2d 155

**Patricia M. EGGER, Administratrix of the Estate of Charles Egger, Deceased, and National Union Fire Insurance Company**

v.

**GULF INSURANCE COMPANY, Brownyard Group, Inc., W.H. Brownyard Corporation and/or Brownyard Brothers, Inc. and Aon Risk Services, Inc. of Pennsylvania and Brokerage Professionals, Inc.**

**Petition of Gulf Insurance Company.**

Supreme Court of Pennsylvania.

June 21, 2005.

428

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of June 2005, the Petition for Allowance of Appeal in the above captioned matter is **GRANTED,** limited to the following issue:

Whether an assignee has standing to sue an insurer where an insured's assignment of its interests in an insurance policy is made to the assignee in violation of a policy restriction requiring the insurer's consent?